```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 8, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM ANDERSON,

                Plaintiff,

-against-

THE CITY OF NEW YORK ET AL,

                Defendants.

16-cv-02583 (ALC) (RWL)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are hereby **ORDERED** to submit a joint status report on or before December 16, 2020.

**SO ORDERED.**

Dated:    October 8, 2020
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**