USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 16, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TAMIKAH ANDERSON KANE and EBONY ANDERSON, AS CO-ADMINISTRATORS OF THE ESTATE OF MALCOLM ANDERSON**

   **Plaintiffs,**

-against-

**THE CITY OF NEW YORK ET AL,**

   **Defendants.**

16-cv-02583 (ALC) (RWL)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letter. (ECF No. 134.) The Court substitutes Plaintiff Malcolm Anderson for Tamikah Anderson Kane and Ebony Anderson, co-administrators of the Estate of Malcolm Anderson, as Plaintiffs in this action. Fed. R. Civ. P. 25. The Clerk of Court shall amend the caption as reflected above.

The Court shall hold a telephone conference on January 6, 2021 at 11:00 a.m. Plaintiffs' counsel should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:   December 16, 2020
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**