USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __January 6, 2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**TAMIKAH ANDERSON KANE and EBONY ANDERSON, AS CO-ADMINISTRATORS OF THE ESTATE OF MALCOLM ANDERSON,**

                **Plaintiff,**

-against-

**THE CITY OF NEW YORK ET AL,**

                **Defendants.**

16-cv-02583 (ALC) (RWL)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a telephone conference in Plaintiffs' action on January 6, 2021. As discussed on the record, the Parties shall file a joint status report by February 17, 2021.

**SO ORDERED.**

Dated:    January 6, 2021
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**