USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __August 16, 2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDERSON KANE ET AL,** | |
| **Plaintiffs,** | 16-cv-2583 (ALC) (RWL) |
| -against- | |
| | **ORDER OF DISCONTINUANCE** |
| **THE CITY OF NEW YORK ET AL.** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   August 16, 2021
         New York, New York

_[signature]_

**ANDREW L. CARTER, JR.**
**United States District Judge**